IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

MICHELLE PULLEY,

        Plaintiff,

        v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.
_____

Civil No. 09-3025-ST

JUDGMENT

STEWART, Magistrate Judge:

    Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is affirmed, and this action is dismissed.

    DATED this 17th day of December, 2009.

                                    s/ Janice M. Stewart_____
                                    Janice M. Stewart
                                    United States Magistrate Judge